UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARSEILLE-KLINIKEN AG, )
)
    Petitioner, )
)
v. ) Civil Case No. 20-3572 (RJL)
)
REPUBLIC OF )
EQUATORIAL GUINEA, )
)
    Respondent. )

**ORDER**
(November 17, 2023) [Dkt. #1]

For the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby

**ORDERED** that the final arbitration award issued on December 19, 2017, in *Marseille-Kliniken AG v. Republic of Equatorial Guinea*, Case No. 600413-2015 (Swiss Chambers' Arb. Inst.), is hereby **CONFIRMED** under the Federal Arbitration Act, 9 U.S.C. § 207. It is further

**ORDERED** that judgment shall be entered in favor of petitioner and against respondent for the monetary portion of the arbitration award as set forth on ECF pages 124–25 [Dkt. #1-1], converted to United States dollars at the conversion rate as of the date the arbitration award was rendered, December 19, 2017, and with the interest terms provided in the arbitration award to conclude on the date this Order is issued. It is further

**ORDERED** that post-judgment interest shall accrue on the judgment amount at the statutory rate under 28 U.S.C. § 1961(a). It is further

**ORDERED** that petitioner shall within fourteen (14) days of this Order submit a proposed judgment amount with conversion and interest calculated in accordance with the arbitration award and this Order. It is further

**ORDERED** that if respondent disputes that proposed judgment amount, it shall file a response within fourteen (14) days of service of petitioner's filing.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge